DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KENDRICK BUTLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-903

_____

September 29, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Pat Siracusa, Judge.

Kendrick Butler, pro se.


PER CURIAM.

    Affirmed.

CASANUEVA, SLEET, and STARGEL, JJ., Concur.

_____

Opinion subject to revision prior to official publication.